October 17, 2024

*By ECF*

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Pizarro v. Westchester County, et al.*, No. 24 Civ. 00331 (KMK)(JCM)

Dear Judge Karas,

The parties in the above-captioned matter jointly write to propose an amended discovery schedule. Plaintiff filed an amended complaint on July 1, 2024, adding the United States of America as a defendant. The parties held status conferences with Judge McCarthy on August 16, 2024, and September 27, 2024, and, in consultation with Judge McCarthy, the parties paused depositions pending the appearance of the United States. Following the grant of a 30-day extension, the United States answered the Amended Complaint on October 9, 2024. Document discovery between the Westchester County Defendants and the Plaintiff is now largely complete and all discovery produced to date has been shared with the United States. Plaintiff has conducted a single deposition, but no other depositions have occurred to date.

Following the United States entering an appearance in this case on October 9, 2024, the parties have met and conferred regarding an amended discovery schedule and discussed engaging in settlement discussions. The parties wish to engage in settlement discussions before resuming fact discovery now that the United States is a party and will agree shortly on internal deadlines for exchanging settlement proposals and limited document discovery from the United States in aid of settlement. As such, the parties respectfully request that the Court (i) refer this case for a mediation before a non-assigned Magistrate Judge to occur

between December 1 and 17 of 2024, and (ii) allow the parties to continue exploring settlement until January 27, 2025. If settlement efforts are unsuccessful, the parties propose that discovery resume on January 27, 2025, and close on May 27, 2025. If it becomes clear that the parties are unable to reach a settlement, the parties will inform the Court so that fact discovery may resume prior to January 27. Likewise, the parties will keep the Court apprised of any settlement agreement.

    Respectfully submitted,

    EMERY CELLI BRINCKERHOFF
    ABADY WARD & MAAZEL LLP

    By:    Katherine Rosenfeld
            Ariadne M. Ellsworth

*Counsel for Plaintiff*

BARCLAY DAMON LLP

By:    Paul A. Sanders
       David M. Fulvio

*Counsel for Westchester County Defendants*

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

BY:    Jeremy M. Liss

Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2795
Email: jeremy.liss@usdoj.gov

*Counsel for the United States of America*