# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

July 3, 2025

**By ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Pizarro v. Westchester County, et al.*, No. 24 Civ. 00331 (KMK)(JCM)

Dear Judge Karas,

We represent the Plaintiff in the above case. On behalf of all parties, we write to propose an amended discovery schedule following the conclusion of mediation with Magistrate Judge Krause which did not result in a settlement.

The parties proposed the following revised schedule for discovery for the Court's consideration:

- Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be exchanged no later than July 18, 2025, to the extent they have not been exchanged already.
- All *fact* discovery is to be completed no later than December 1, 2025.
- Requests for production of documents to be served by July 28, 2025 (this will relate only to the USA/Plaintiff as Wellpath Defendants/Plaintiff have already completed initial RFPs and Responses).
- Interrogatories to be served by July 28, 2025.
- Depositions to be completed by December 1, 2025.
- Requests to Admit to be served no later than November 3, 2025.
- All *expert* disclosures, including reports, production of underlying documents and depositions shall be completed as follows:
    - Plaintiff shall disclose the anticipated subject matters covered by their experts by December 1, 2025
    - Plaintiff's Expert Designation and Report: December 15, 2025
    - Defendant's Expert Designation and Report: January 23, 2026
    - Plaintiff's Rebuttal Designation and Report: February 20, 2026

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

- o Expert Depositions by March 13, 2026

Plaintiff intends to propose to Defendants that they stipulate to an amendment to the Complaint to add an additional defendant, the Wellpath Liquidating Trust, as a party to the action, pursuant to language in the Bankruptcy plan that may require the Liquidating Trust to be a nominal party to this case. Plaintiff requests leave to file an amended complaint to this effect (if Defendants so stipulate) or a motion to amend for this purpose (if Defendants refuse to stipulate) by no later than August 1, 2025.

Respectfully Submitted,

/s
Katherine Rosenfeld
Sana Mayat

cc: All counsel (via ECF)

The revised discovery schedule is approved, but there will be no further discovery extensions of any kind. The Court will hold a case management conference on 2/26/26 at 10:00 The pre-motion letters will be due 2 weeks (Movant's) and one week (non-movant's) before that conference.

So Ordered.

7/7/25