**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIZA PIZARRO,

                          Plaintiff,                  **SCHEDULING ORDER**

                                                       24 Civ. 331 (KMK)(JCM)

        -against-

WESTCHESTER COUNTY, *et al.*,

                         Defendants.
------------------------------------------------------------X

The Honorable Laura Taylor Swain issued an Amended Standing Order, dated October 2, 2025, staying cases in which the Government is a party due to the lapse in funding to the Department of Justice. Thus, the Telephone Conference scheduled for October 16, 2025 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy is adjourned to November 19, 2025 at 10:30 a.m. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 855-244-8681
    <u>Access Code</u>: 1800490580

Dated: October 15, 2025
       White Plains, New York

                                                        **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge