

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, NY 10007*

April 16, 2026

**By ECF**
Hon. Kenneth M. Karas
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:  *Liza Pizarro, as Administrator of the Estate of Daruis M. Pizarro v. Westchester County, et al.*, No. 24 Civ. 331 (KMK) (JCM)

Dear Judge Karas:

This Office represents the United States of America (the "Government") in the above-referenced matter. We write jointly with our co-defendants to request a one-month extension of the close of all discovery—from May 27, 2026, to June 29, 2026—and corresponding adjustments to the case management conference and pre-motion letter deadlines. Good cause exists because the current schedule leaves only 21 days after the final round of expert reports to complete all expert depositions, and the parties anticipate needing to depose ten experts across three sets of parties—a volume that cannot practicably be completed in that window given existing scheduling constraints among counsel and the experts. Plaintiff consents to this request.

## I.    The Current Schedule

This Court last issued a scheduling order in December 2025. ECF No. 113. Under that order, all discovery must close by May 27, 2026, with a case management conference set for June 11, 2026. In February, Plaintiff sought—and all Defendants consented to—a two-week extension of the intermediate expert-report deadlines to give the parties' experts adequate time to review the extensive record in this multi-defendant case, which includes thousands of pages of documents produced by multiple defendants and 18 fact-deposition transcripts. *See* ECF No. 118. Chief Magistrate Judge McCarthy granted the request, but could not extend the Court's end-of-discovery date. The operative deadlines therefore became as follows:

| Discovery Event | Current Deadline |
|---|---|
| Disclosure of Plaintiff's expert reports | March 12, 2026 (completed) |
| Disclosure of Defendants' expert reports | April 22, 2026 |

Case 7:24-cv-00331-KMK-JCM   Document 122   Filed 04/16/26   Page 2 of 3

Page 2 of 3

| Discovery Event | Current Deadline |
|---|---|
| Disclosure of Plaintiff's rebuttal expert reports | May 6, 2026 |
| Close of all discovery (including expert depositions) | May 27, 2026 |
| Movant's pre-motion letters | May 28, 2026 |
| Non-movant's pre-motion letters | June 4, 2026 |
| Case management conference | June 11, 2026 |

Once Plaintiff serves her rebuttal reports on May 6, only three weeks remain to prepare for and complete all expert depositions. Plaintiff has designated five experts, the Government anticipates designating four, and the Westchester Defendants anticipate designating one—for a total of ten. Completing ten depositions in three weeks is not practicable, particularly given existing scheduling constraints: counsel for the Westchester Defendants has a one-week jury trial commencing May 18, undersigned counsel will be abroad for a portion of the same period, and several experts have limited availability.

## II.   Proposed Revised Schedule

The Government proposes the following modifications:

| Discovery Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Defendants' expert reports | April 22, 2026 | April 29, 2026 |
| Disclosure of Plaintiff's rebuttal expert reports | May 6, 2026 | May 20, 2026 |
| Close of all discovery (including expert depositions) | May 27, 2026 | June 29, 2026 |
| Movant's pre-motion letters | May 28, 2026 | July 6, 2026 |
| Non-movant's pre-motion letters | June 4, 2026 | July 13, 2026 |
| Case management conference | June 11, 2026 | At the Court's convenience after July 13, 2026 |

The modest additional time for expert reports reflects the volume of material the parties' experts must review. As noted above, this case involves 18 deposition transcripts and thousands of pages of documentary evidence related to multiple defendants—the USMS, the BOP, Westchester County, two corporate medical providers, and two individual medical defendants. An additional week will provide the Government's four experts with adequate time to finish working through that record and finalize their reports. In turn, if Defendants' reports are served April 29,

Case 7:24-cv-00331-KMK-JCM    Document 122    Filed 04/16/26    Page 3 of 3

Page 3 of 3

the current May 6 rebuttal deadline would leave Plaintiff only seven days to prepare rebuttal reports. The proposed May 20 rebuttal deadline would provide Plaintiff with adequate time to prepare rebuttal reports. The balance of the additional time provides a workable window for the completion of ten expert depositions.

## III.    Good Cause Exists for the Extension

We are mindful that the Court has previously directed that no further extensions be granted, and we would not make this request if there were a way to complete expert discovery on the current schedule. The parties have been coordinating expert-deposition scheduling for over a month in an effort to do so, but ten depositions in a 21-day window—with significant attorney and expert conflicts in that period—is not feasible. This compression is not the product of any party's lack of diligence: fact discovery closed on schedule, Plaintiff served her expert reports on time, and Defendants are on track to serve their disclosures this month. The requested extension will not prejudice any party and will ensure that all sides have a fair and meaningful opportunity to depose the opposing experts before dispositive motions.

Pursuant to the Court's Individual Rules, we note that the discovery schedule has been modified twice previously: once by this Court's December 5, 2025 order (ECF No. 113), which granted a 30-day extension, and once by Chief Magistrate Judge McCarthy's order (ECF No. 119), which adjusted the intermediate expert-report deadlines. Both requests were granted with the consent of all parties.

We thank the Court for its consideration of this request.

Respectfully,

The revised discovery schedule is approved.
The Case Management Conference is moved
to 7/ 29 /26, at 12:00 The pre-motion letter
deadlines are moved accordingly.

So Ordered.

4/16/26

JAY CLAYTON
United States Attorney
Southern District of New York

By:    /s/ Jeremy Liss
JEREMY M. LISS
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2796/2777
E-mail:  jeremy.liss@usdoj.gov
             jessica.rosenbaum@usdoj.gov

cc: All Counsel of Record (by ECF)